# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 868
:
REAPPOINTMENT TO THE COMMITTEE : SUPREME COURT RULES DOCKET
ON RULES OF EVIDENCE :
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of March, 2021, Albert P. Veverka, Esquire, Allegheny County, is hereby reappointed as a member of the Committee on the Rules of Evidence for a term of three years, commencing May 1, 2021.